IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CAROL BOULE,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

      Defendant.

Civil No. 09-355-JE

ORDER

MARSH, Judge.

    Magistrate Judge John Jelderks filed his Findings and Recommendation on July 20, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation #18. The decision of the Commissioner is

1 - ORDER

REVERSED; this action is remanded to the Commissioner for an award of benefits.

    IT IS SO ORDERED.

    DATED this  11   day of August, 2010.

                                /s/   Malcolm F. Marsh
                                Malcolm F. Marsh
                                United States District Judge