# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| CAROL BOULE,<br>      Plaintiff | 3:09-CV-00355-JE |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>      Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,499.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that the check shall be made out to Plaintiff and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293.

DATED this 21st day of October, 2010.

                                                    s/ John Jelderks
                                                  John Jelderks
                                                  United States Magistrate Judge